<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7009**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

TIMNAH K. RUDISILL,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:01-cr-00048-MR-9)

Submitted:  September 30, 2010        Decided:  October 12, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timnah K. Rudisill, Appellant Pro Se.  Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timnah K. Rudisill appeals the district court's order denying his "Emergency Motion for Dismissal and/or Immediate Release Due to Lack of Jurisdiction and Failure to State a Claim." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rudisill, No. 1:01-cr-00048-MR-9 (W.D.N.C. June 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED